

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00236-CR

| | | |
|---|---|---|
| MYRON JAMAL NASH | § | On Appeal from |
| | § | Criminal District Court No. 1 |
| | § | of Tarrant County (1482186D) |
| V. | § | September 20, 2018 |
| | § | Opinion by Justice Gabriel |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
    Justice Lee Gabriel